IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAMAR HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-CV-276-TMH |
| ) | [WO] |
| ANNETTE WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Christopher Lamar Holmes ["Holmes"], an indigent inmate, initiated this 42 U.S.C. § 1983 complaint challenging the medical treatment provided to him during his incarceration at the Covington County Jail. The order of procedure entered in this case specifically directed Holmes to immediately inform the court of any change in his address. *Order of March 28, 2012 - Doc. No. 4* at 5.

This court recently ascertained information establishing the plaintiff is no longer at the address he last provided for service. In light of the foregoing, the court entered an order requiring that on or before April 30, 2012, Holmes must inform the court of his present address. *Order of April 20, 2012 - Doc. No. 12*. The order specifically advised Holmes that this case could not proceed if his whereabouts remained unknown and cautioned that his failure to comply would result in a Recommendation that this case be dismissed. *Id*. The court has received no response from Holmes. As is clear from the foregoing, Holmes has

failed to comply with the orders entered by this court and this case cannot properly proceed in his absence. It is likewise apparent that Holmes is no longer interested in the prosecution of this case. The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to prosecute this action.

It is further

ORDERED that on or before June 8, 2012, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en*

*banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 25th day of May, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE